In the Matter of the PORT AUTHORITY TRANS-HUDSON CORPORATION.— Motion for an enlargement of time granted insofar as to extend appellants' time to serve and file the records on appeal and appellants' points to and including October 26, 1962, with notice of argument for the November 1962 Term of this court. Respondents' points are to be served and filed on or before November 10, 1962. Reply points, if any, are to be served and filed on or before November 15, 1962. If the appellants fail to comply with the conditions herein imposed, the respondents may enter an order dismissing the appeal without notice to the appellants. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

In the Matter of NEW YORK SOCIETY FOR THE RELIEF OF THE RUPTURED AND CRIPPLED v. TAX COMMISSION OF THE CITY OF NEW YORK.— Motion for leave to file a brief amicus curiæ denied with leave to renew upon papers showing the jurisdiction of this court. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

WILLIAM K. ELISCU v. ESSEX UNIVERSAL CORPORATION et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before November 8, 1962, with notice of argument for November 20, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

LIUBA KOBRICK v. JACK E. KOBRICK.— Motion for a stay granted on the terms and conditions contained in the order to show cause, dated October 9, 1962. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

MARGARET CONNELL v. MICHAEL L. BUITEKANT.— Motion for a stay granted on the terms and conditions contained in the order to show cause, dated October 5, 1962. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

In the Matter of ALBERT J. URBAN v. THOMAS E. ROSETTI.— Motion for leave to appeal as a poor person and for a preference granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the Corporation Counsel of the City of New York and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court on or before October 26, 1962, with notice of argument for November 29, 1962, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before November 12, 1962. Reply points, if any, are to be served and filed on or before November 19, 1962. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MARTIN McHUGH.— Enlargement of time granted. Concur — Rabin, J. P., Valente, Eager, Steuer and Bergan, JJ.

JOSEPH NURNBERG et al. v. CITIZENS CASUALTY COMPANY OF NEW YORK et al.— Motion granted to the extent of directing the defendants-respondents-appellants to file their points on or before October 24, 1962, with notice of argument for the November 1962 Term of this court. Concur — Rabin, J. P., McNally, Stevens, Eager and Bergan, JJ.